UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ELIGIO CORTEZ MENDEZ,
Plaintiff,

v.

JEREMY CASEY, Facility Administrator at the Imperial Regional Detention Facility; et al.,
Defendants.

Case No.: 26-cv-4651-BJC-DEB

**ORDER SETTING BRIEF SCHEDULE**

**[ECF No. 1]**

The Court adopts the Standard Procedures for this Immigration Habeas Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED**.

Dated: August 28, 2026

Honorable Benjamin J. Cheeks
United States District Judge